■ TIMOTHY J. McKENNA, Appellant-Respondent, v MARILYN McKENNA, Respondent-Appellant. [624 NYS2d 1005] —Judgment unanimously affirmed without costs for reasons stated in

decision at Supreme Court, Galloway, J. (Appeals from Judgment of Supreme Court, Monroe County, Galloway, J.—Equitable Distribution.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.